THE RELIABLE PRESS, INC., v. BRISTOL CARPET CLEANING COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs,

and stay vacated. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.